# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MILLENNIUM GLOBAL EMERGING CREDIT MASTER FUND LIMITED,<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 11-_____ |
| In re:<br><br>MILLENNIUM GLOBAL EMERGING CREDIT FUND LIMITED,<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 11-_____ |

## ORDER GRANTING RECOGNITION OF A FOREIGN MAIN PROCEEDING

This matter having come before the Court upon the (a) the Verified Joint Petitions (the "Verified Petitions") of Millennium Global Emerging Credit Master Fund Limited (the "Master Fund") and Millennium Global Emerging Credit Fund Limited (the "Feeder Fund" and, together with the Master Fund, the "Debtors") for Recognition of Foreign Proceedings Under Chapter 15 of the Bankruptcy Code and (b) the Motion for Provisional and, Upon Recognition, Final Relief Pursuant to sections 1519, 1521 and 105(a) of the Bankruptcy Code (the "Motion for Provisional and Final Relief"), filed by Michael Morrison, Richard Heis and Charles Thresh (the "Petitioners"), the joint liquidators (in such capacity, the "Joint Liquidators") and the "foreign representatives" (as defined under section 101(24) of title 11 of the United States Code (the "Bankruptcy Code") of the Debtors (the "Foreign Representatives") in the above-captioned case

03557.61673/4221974.2 4221974v1scs

under Chapter 15 of the Bankruptcy Code, seeking the entry of an order granting recognition of foreign main proceedings; and upon the Court's review and consideration of (i) the Verified Petition ,[1] (ii) the Motion for Provisional and Final Relief, (iii) the Declaration of Michael Morrison, dated June 30, 2011 (the "Morrison Declaration"), (iv) the Declaration of Robin J. Mayor, dated June __, 2011 (the "Mayor Declaration"; together with the Morrison Declaration, the "Declarations"), and (v) the Memorandum of Law in Support of (A) Verified Joint Petitions of Millennium Global Emerging Credit Master Fund Limited and Millennium Global Emerging Credit Fund Limited for Recognition of Foreign Proceedings Under Chapter 15 of the Bankruptcy Code and (B) Motion for Provisional and, Upon recognition, Final Relief Pursuant to Sections 1519, 1521 and Section 105(a) of the Bankruptcy Code (collectively, the "Supporting Papers"); and the Petitioner having given notice by first class mail; and the Court having held a hearing and heard the arguments presented at the hearing held on _____, 2011; and based on the foregoing, the Court finds and concludes as follows:

1. The Petitioners have demonstrated that:

(a) the Court has jurisdiction Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334 and the Standing Order of Referral of Cases to Bankruptcy Judges (Ward, Acting C.J.), dated July 10, 1984;

(b) this is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(P);

(c) venue is properly located in this District pursuant to 28 U.S.C. §1410;

(d) the Funds are subject to foreign main proceedings within the meaning of section 1502(4) of the Bankruptcy Code;

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Verified Petition.

(e) each Petitioner is a "person" and a foreign representative of the Funds within the meaning of section 101(24) of the Bankruptcy Code;

(f) the above-captioned Chapter 15 case was properly commenced pursuant to sections 1504 and 1515 of the Bankruptcy Code;

(g) each of the Funds has its center of main interests and an establishment in Bermuda; and

(h) the Verified Petition satisfies the requirement of section 1515 of the Bankruptcy Code.

2. The Petitioners have demonstrated that the relief requested is necessary and appropriate, in the interests of the public and international comity, consistent with the public policy of the United States and warranted pursuant to section 1521 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 7065; and

3. The interest of the public will be served by this Court's granting the relief requested by the Petitioners.

NOW, THEREFORE, IT IS HEREBY

ORDERED, that the Bermuda Proceedings are granted recognition as foreign main proceedings pursuant to section 1517(b)(1) of the Bankruptcy Code; and it is further

ORDERED, that all relief afforded a foreign main proceeding automatically upon recognition pursuant to section 1520 of the Bankruptcy Code is granted; and it is further

ORDERED, that sections 361 and 362 of the Bankruptcy Code apply with respect to the Funds and the property of the Funds that is within the territorial jurisdiction of the United States; and it is further

ORDERED, the Petitioners are established as the exclusive representatives of the

Funds with the exclusive authority to administer the Funds' assets and affairs including, without limitation, any transfer of or withdrawals from any bank accounts maintained by the Funds; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to the enforcement, amendment or modification of this Order, and requests for any additional relief in the Chapter 15 case and all adversary proceedings in connection therewith properly commenced and within the jurisdiction of this Court; and it is further

ORDERED, that the Petitioners shall serve notice of this Order as follows:

(a) by email or United States mail, first class postage prepaid, on or before _____, 2011, upon the known creditors and entities upon which provisional relief had been sought; and it is further

ORDERED, that service in accordance with this Order shall be deemed good and sufficient service and adequate notice for all purposes.

Dated: New York, New York
       July \_\_\_, 2011

                                              _____
                                                United States Bankruptcy Judge